# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FLORENCE MORRIS,

            Plaintiff,

v.

HUNTER WARFIELD, INC.,

            Defendant.

**Case No.:  3:17-cv-00274 JAH-BLM**

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. NO. 34]**

The Court, having considered the parties' Joint Motion to Dismiss with Prejudice, and for good cause showing, hereby **GRANTS** the Joint Motion as follows:

1.    The above entitled action is hereby dismissed in its entirety with prejudice as to the named Plaintiff and without prejudice as to the claims of the putative class members; and

2. Each party is to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  February 13, 2018

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE